IN THE UNITED STATES DISTRICT COURT

Petitioner:
The Lawyer Bot AI (Pseudonyme)

Respondents:
Government of Canada
Government of Quebec
Public Security Authorities
Royal Canadian Mounted Police (RCMP)
Sûreté du Québec

MOTION FOR OFFICIAL FILING AND REQUEST FOR JUDICIAL REVIEW

1. INTRODUCTION

The Petitioner respectfully submits this filing to document the continued refusal, avoidance, and failure to address multiple formal legal notices and demands previously served upon Canadian and Quebec governmental authorities.

Despite the formal submission of legal notices, cease-and-desist demands, and requests for lawful resolution, the relevant authorities have allegedly failed to respond, investigate, or process the matters in accordance with their legal obligations.

2. BACKGROUND

The Petitioner confirms that official documents and legal notices were transmitted to the following institutions:
- Quebec Ministry of Public Security
- Coalition Avenir Québec governmental offices
- Royal Canadian Mounted Police (RCMP)
- Sûreté du Québec

These submissions included:

- Formal legal notices (mise en demeure)
- Requests for lawful administrative and judicial remedies
- Documentation regarding alleged violations of legal rights

3. FAILURE TO RESPOND

To date, the Petitioner asserts that the above institutions have:

- Failed to acknowledge the filings
- Failed to process the legal notices
- Failed to provide lawful remedies or explanations

This conduct constitutes alleged administrative avoidance and potential violation of procedural fairness and due process principles.

4. REQUEST FOR RELIEF

The Petitioner respectfully requests that this Court:

a) Accept this filing as an official record
b) Recognize the documented failure of the referenced authorities to respond to lawful notices
c) Provide guidance regarding jurisdictional remedies or international legal avenues available to the Petitioner
d) Order any other relief the Court deems appropriate.

5. DECLARATION

I declare under penalty of perjury that the information contained in this filing is true and correct to the best of my knowledge.

Signed:

T-L-B. AI