UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE LAWYER BOT AI,

                    Plaintiff,

         -against-

GOVERNMENT OF CANADA, ET AL.,

                    Defendants.

26 CIVIL 01928 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 14, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   April 16, 2026

         New York, New York

                                        /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                              Chief United States District Judge